## UNITED STATES of America, Plaintiff-Appellee,

v.

## Wendalyn Ann VANN, a.k.a. Wendy, Defendant-Appellant.

### No. 16-11487
### Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

Date Filed: 01/05/2017

Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Pamela C. Marsh, Eric K. Mountin, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff-Appellee

Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, Michelle Kathleen Daffin, Federal Public Defender's Office, Panama City, FL, Wendalyn Ann Vann, FCI Marianna—Inmate Legal Mail, Marianna, FL, for Defendant-Appellant

Before MARCUS, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Richard M. Summa, appointed counsel for Wendalyn Ann Vann in this revocation of supervised release appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Vann's supervised release and sentence are **AFFIRMED**.